# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | B-14-1173-MJ-1 |
| Juan BUENTELLO-Garcia | ) | |
| Defendant(s) | ) | |

United States District Court
Southern District of Texas
FILED

DEC 27 2014

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 26, 2014 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 | knowingly and intentionally possess with intent to distribute approximately 100 gallons of liquid methamphetamine, a Scheduled II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximatley 100 gallons of liquid methamphetamine, a Scheduled II controlled substance. |

This criminal complaint is based on these facts:

   On December 26, 2014, Homeland Security Investigations-Brownsville, Texas Special Agents responded to a duty call at the Los Indios International Port of Entry (POE) in Los Indios, Texas.
   BUENTELLO-Garcia arrived at the POE driving a 1998 Freightliner tractor bearing Texas one-day temporary paper plates ▉▉▉▉ underneath this tag was metal plate numbe▉▉▉▉ from the country of Guatemala. U.S. Customs and Border Protections officers referred the vehicle to secondary inspection.
   At the secondary inspections area, a non-intrusive inpection yielded negative results, however, a trained CBP K-9 alerted to the presence of narcotics emitting from inside the diesel tank. A wooden dowel was utilized to probe the liquid inside the fuel tank, after a few minutes this liquid on the wooden dowel demonstrated crystallization. This crystallization tested positive for the properties of methamphetamine.
   The weight of the liquid methamphetamine contained inside the fuel tank was approximately 100 gallons.

☑ Continued on the attached sheet.

_____
Complainant's Signature

Angelo Santiago    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

December 27, 2014
*Date*

_____
Judge's signature

Brownsville, Texas
*City and State*

Ignacio Torteya    U.S. Magistrate Judge
*Printed name and title*

B-14-1173-MJ-1

## ATTACHMENT A

On December 26, 2014 and December 27, 2014, Juan BUENTELLO-Garcia and Hector F. LOPEZ-Monzon were arrested by federal authorities at Los Indios POE for the attempt of smuggling approximately 100 gallons of liquid methamphetamine, a Schedule II Controlled Substance, hidden inside the fuel tank of a 1998 Freightliner tractor bearing Texas one-day temporary paper plates ███████.

_____
Angelico Santiago, Special Agent, ICE

Sworn to before me and signed in my presence December 28, 2014, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2014

David J. Bradley, Clerk of Court

THE STATE OF TEXAS

COUNTY OF CAMERON

      **BEFORE ME,** the undersigned authority, on this day personally appeared **Angelico Santiago** to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **HSI Special Agent** stationed at Brownsville, Texas;

I investigated the case of the United States of America versus:

Juan BUENTELLO-Garcia and Hector Feliciano LOPEZ-Monzon;　　　　B-14-1173-MJ

and from my investigation it appears that testimony from the following person is material in criminal court proceedings against the defendant(s) named above;

Luis RIVERA-De Leon

"a citizen and national of Guatemala, legally in the United States is a material witness in said cause. If he should be released he may return to his native country of Guatemala, and he may not be subject to extradition. Thus, it would be impractical to secure his presence by subpoena at such time as the case is called for trial. For that reason he should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

_____
Angelico Santiago, Special Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this _____28_____ th day of _____December, 2014._____

_____
Ignacio Torteya
U.S. MAGISTRATE JUDGE