AO 257 (Rev 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City) United States District Court
Southern District of Texas
FILED

### OFFENSE CHARGED

knowingly and intentionally possess with intent to distribute approximately 100 gallons of liquid methamphetamine, a Scheduled II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximatley 100 gallons of liquid methamphetamine, a Scheduled II controlled

[ ] Petty
[ ] Minor
[ ] Misdemean or
[X] Felony

Southern District of Texas
Ignacio Torteya, U.S. Magistrate Judge
B-14-1173-MJ-1

DEC 2 7 2014

David J. Bradley, Clerk of Court

DEFENDANT - U.S. vs.

Juan BUENTELLO-Garcia

Address ██████████████████████
Matamoros, Tamaulipas, Mexico

| Place of offense: | U.S.C. Citation |
|---|---|
| Los Indios, Texas | Title 21, United States Code, Section 841 |

Birth
Date ████/1963
(Optional unless a juvenile)

[X] Male [ ] Alien
[ ] Female (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U. S. Att'y    [ ] Defense

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

] Name and Office of Person
] Furnishing Information on
THIS FORM

Special Agent Angelo Santiago
[ ] U. S. Att'y    [ ] Other U. S. Agency

] Name of Asst. U.S. Att'y
(if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
    If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction
    [ ] Fed'l    [ ] State
6) [ ] Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer    [ ] Yes    If "Yes"
been filed?    [ ] No    give date
        filed    ecember 26, 20|

| | Mo | Day | Year |
|---|---|---|---|

DATE OF
ARREST    December 26, 2014
Or... if Arresting Agency & Warrant were not Federal

| | Mo. | Day | Year |
|---|---|---|---|

DATE TRANSFERRED
TO U.S. CUSTODY

[ ] This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*