AO 257 (Rev 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City)

**OFFENSE CHARGED**

knowingly and intentionally conspired with intent to distribute approximately 100 gallons of liquid methamphetamine, a Scheduled II controlled substance.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Southern District of Texas
Ignacio Torteya, U.S. Magistrate Judge

B-14-1173-MJ-2

**DEFENDANT - U.S. vs.**

Hector Feliciano LOPEZ-Monzon

Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

MISXCO, Guatemala

Place of offense: Los Indios, Texas

U.S.C. Citation: Title 21, United States Code, Section 841

Birth Date ▓▓▓ 1963 (Optional unless a juvenile)

[X] Male [ ] Female
[ ] Alien (if applicable)

United States District Court
Southern District of Texas
FILED

DEC 28 2014

David J. Bradley, Clerk of Court

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U. S. Att'y  [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome of this proceeding
If not detained give date any prior summons was served on above charges _____

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [X] On this charge
5) [ ] On another conviction
[ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? [ ] Yes [ ] No
If "Yes" give date filed: December 28, 20
Mo  Day  Year

DATE OF ARREST: December 28, 2014
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY _____

Name and Office of Person Furnishing Information on THIS FORM

Special Agent Angelico Santiago
[ ] U. S. Att'y  [ ] Other U. S. Agency

Name of Asst. U. S. Att'y (if assigned) _____

[ ] This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*